RAÚL R. LABRADOR
Attorney General
State of Idaho

MARK W. OLSON, ISB #7555
Deputy Attorney General
Capital Litigation Unit
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile:  (208) 854-8074
Email: mark.olson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ADAM DAVID BODENBACH, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 1:23-cv-00303-CWD |
| | ) | |
| vs. | ) | |
| | ) | RESPONDENT'S MOTION FOR |
| RANDY VALLEY, | ) | PARTIAL SUMMARY DISMISSAL |
| | ) | |
| Respondent. | ) | |
| | ) | |

COMES NOW, Respondent, Randy Valley ("state"), by and through his attorney, Mark W. Olson, Deputy Attorney General, Capital Litigation Unit, and hereby move this Court for partial summary dismissal of this action pursuant to Rule 4 of the Rules Governing 28 U.S.C. § 2254 Cases.  The state specifically requests that this Court dismiss, with prejudice, Claims 2, 3, and 5.

This motion is based upon all the pleadings and documents previously filed with this Court and the argument and analysis contained in the state's Brief in Support of Respondent's Motion for Partial Summary Dismissal filed contemporaneously with this motion, in which the

*RESPONDENT'S MOTION FOR PARTIAL SUMMARY DISMISSAL - 1*

state submits that Claims 2, 3, and 5 in Bodenbach's habeas petition are procedurally defaulted, and that no cause and prejudice exists to excuse these defaults.

DATED this 5th day of February, 2024.

/s/
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about the 5th day of February, 2024, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| Craig H. Durham | | U.S. Mail |
| Ferguson Durham, PLLC | | Hand Delivery |
| 223 N. 6th Street, Suite 325 | | Overnight Mail |
| Boise, ID 83702 | | Facsimile |
| chd@fergusondurham.com | X | Electronic Court Filing |

/s/
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit